# United States District Court
# For The Western District of North Carolina
# Charlotte Division

BRIAN L. TRUDELL,

    Plaintiff(s),

vs.

TOMMY W. ALLEN, JR., et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:11-cv-542-RJC-DSC

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 27, 2012 Order.

Signed: November 28, 2012

Frank G. Johns, Clerk
United States District Court